UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:20-mj-02345-JG

UNITED STATES OF AMERICA

vs.

JORGE PEREYRA,

   Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _x_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
LACEE MONK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0100322
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9427
Fax (305) 530-7976
Lacee.Monk@usdoj.gov

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

JORGE PEREYRA,

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:20-mj-02345-JG

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 3, 2020, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant, JORGE PEREYRA, did knowingly and intentionally import into the United States from a place outside thereof a Schedule III controlled substance, that is, ketamine, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally possess with the intent to distribute a Schedule III controlled substance, that is, ketamine, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about March 3, 2020, the defendant, JORGE PEREYRA, arrived at Miami International Airport aboard Air Europa Flight #97 from Madrid, Spain. After being admitted into the United States by U.S. Customs and Border Protection, the defendant presented himself and his luggage to U.S. Customs and Border Protection for examination. During a secondary examination, U.S. Customs and Border Protection Officers discovered a liquid substance concealed in several plastic bottles packed inside the defendant's luggage. A field test of the liquid substance proved positive for the presence of ketamine. The defendant claimed ownership of the luggage and the contents within. The estimated weight of the liquid substance was 5.85 kilograms.

JORGE DeCARDONA, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

MARCH 4, 2020 at Miami, Florida
Date City and State

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer Signature of Judicial Officer

Jonathan Goodman
U.S. Magistrate Judge